IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America, :

      Plaintiff, :

v.        Case No. 2-19-cr-198

       :

Nicholas S. Cochran, :

      Defendant. :

## CONSENT TO PROCEED WITH CONDITIONAL GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE

The defendant has been informed of the right to enter a guilty plea before a United States District Judge. By signing below, the defendant waives that right and agrees to proceed with a conditional guilty plea before a United States Magistrate Judge, followed by a Report and Recommendation to the District Judge.

_____
Defendant

_____
Attorney for Defendant

Dated: January 8, 2020